**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ervin WALKER, Jr., a.k.a. Ed, a.k.a. Fat, Defendant–Appellant.**

No. 13–13499

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 7, 2014.

R. Brian Tanner, James D. Durham, Cameron Heaps Ippolito, Shane Mayes,

Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Christopher E. Chapman, Smith Welch Webb & White, LLC, Stockbridge, GA, Ervin Walker, Jr., FCI Williamsburg–Inmate Legal Mail, Salters, SC, for Defendant–Appellant.

Before HULL, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Christopher E. Chapman, appointed counsel for Ervin Walker, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Walker's conviction and sentence are **AFFIRMED.**